IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBIN SUMMERS-GRACE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. ELH-20-2122 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

\*\*\*

**ORDER**

The government has filed an opposition to Robin Summers-Grace's Motion for the Return of Property, indicating that the furniture, lamps, handbag, and wallet that she is seeking were not subject to the forfeiture order entered in her federal criminal case, *see United States v. Robin Summers-Grace, et al.,* ELH-16-cr-00594, ECF 57, and never in its possession. ECF 8.

I issued an Order on October 19, 2020, granting Summers-Grace twenty-eight days to reply to the government's opposition. ECF 10. On November 3, 2020, the Order was returned to the Clerk of Court by the United States Postal Service, with the envelope stamped "Return to Sender" and "Unable to Forward." *Id.* It also had a handwritten notation that reads "Home." *Id.*

By Memorandum Opinion and Order of November 4, 2020, I granted Summer-Grace's Motion for Compassionate Release, pursuant to 18 U.S.C. § 3582(c)(1)(A). In particular, I reduced her sentence to time served plus fourteen days, and ordered her release on supervision. *Summers-Grace, et al.,* ELH-16-cr-00594, ECF 132, ECF 133. Because Summers-Grace did not receive the Order of October 19, 2020, I shall extend the time for her to file her Reply, should she choose to do so.

Accordingly, it is this 7th day of December, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The time in which Plaintiff may file a Reply to the government's opposition to the Motion for Return of Property IS EXTENDED to December 28, 2020; and

2. The Clerk SHALL SEND a copy of this Order and ECF 10 to Plaintiff at 4321 Hamilton Avenue, Baltimore, Maryland 21206, and to Assistant United States Attorney Tamera Lynn Fine.

/s/
Ellen L. Hollander
United States District Judge

2